**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 301 MAL 2018

       Respondent              :

                                      :    Petition for Allowance of Appeal from

          v.                     :    the Order of the Superior Court

                                      :

JOSE LUIS GONZALEZ, JR.,         :

       Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 18th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.